IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KATHY LYNETTE MILES                                                      PLAINTIFF

VS.                            CASE NO. 4:08CV02801  HLJ

BG EXCELSIOR LIMITED PARTNERSHIP, et al.                      DEFENDANTS

## ORDER

The matter of appointing counsel for Plaintiff was referred to the undersigned for disposition (DE #30).

IT IS ORDERED that Attorney Douglas W. Bonner, Jr., 323 Center Street, Suite 1309, Little Rock, Arkansas 72201, telephone number 501-378-0858, is hereby appointed, in conformity with Rule 83.7 of the Local Rules for the Eastern and Western Districts of Arkansas, to represent Plaintiff in all further proceedings.

THE CLERK IS DIRECTED to send counsel a copy of this Order.  Counsel is directed to access and review Local Rule 83.7, regarding appointment of counsel, and Local Rule 83.6, regarding reimbursement of out-of-pocket expenses, through the Court's web site (www.are.uscourts.gov).[1]  Pursuant to Rule 83.7, counsel must make written application to withdraw within fifteen (15) days, otherwise, the appointment will be effective.

---

[1]

Counsel may review the case once, at no charge, from the Court's PACER system, which may be accessed by registering through the Court's web site.  Thereafter, appointed counsel should contact Ms. Tenesha Jones, Courtroom Deputy, at 501-604-5174, to obtain a copy of the file.

IT IS SO ORDERED this 15th day of January, 2009.


_Henry L. Jones, Jr._
UNITED STATES MAGISTRATE JUDGE