**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN   DIVISION

| | | |
|---|---|---|
| KATHY LYNETTE MILES | * | |
| | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| VS. | * | NO: 4:08CV02801 SWW |
| | * | |
| BG EXCELSIOR LIMITED | * | |
| PARTNERSHIP D/B/A THE | * | |
| PEABODY LITTLE ROCK, ET AL. | * | |
| | * | |
| Defendants | * | |
| | * | |
| | * | |
| | * | |

## JUDGMENT

Consistent with the Order that was entered on this day,  it is CONSIDERED, ORDERED, and  ADJUDGED  that summary judgment is entered in Defendants' favor, and this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 14TH   DAY OF JANUARY, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE